# United States District Court
## For The Western District of North Carolina
### Statesville Division

DEVIN CALHOUN,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            5:06CV62-MU-2

REGGIE WEISNER
and KEITH WHITNER,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2006 Order.

                                      Signed: May 30, 2006

                                      Frank G. Johns, Clerk
                                      United States District Court